# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2519 Disciplinary Docket No. 3 |
| | : |
| CARL LOUIS EPSTEIN | : Board File No. C3-18-120 |
| | : |
| | : (Indiana Supreme Court, No. 49S00-1604- |
| | : DI-192) |
| | : |
| | : Attorney Registration No. 54765 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of October, 2018, having indicated his consent to the imposition of a ninety-day suspension reciprocal to that imposed by the Indiana Supreme Court, Carl Louis Epstein is suspended for ninety days from the practice of law in this Commonwealth.